PHILIP A. HOHENLOHE
LAW OFFICE OF PHILIP HOHENLOHE, PLLC
316 Fuller Ave.
P.O. Box 1959
Helena, MT 59624
Telephone: (406) 443-4601
Facsimile: (406) 443-4602
e-mail: phil@hohenlohelaw.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JACOB RHODES, | |
| Plaintiff, | No. CV 21-32-BU-BMM |
| vs. | |
| | **STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |
| RESSLER MOTOR COMPANY, | |
| Defendant. | |

  IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the above-entitled action be dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), as fully settled on the merits, each party to pay their own costs and fees.

  A proposed order of dismissal with prejudice is being submitted herewith.

DATED this 23d day of February, 2022

By:  /s/ Philip A. Hohenlohe
     _____
     PHILIP A. HOHENLOHE
     Attorney for Plaintiff

By:  /s/ William J. Mattix
     _____
     WILLIAM J. MATTIX
     Attorney for Defendant